UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES – GENERAL

Case No.  10-CR-11-KKC-EBA-7        At  Lexington         Date  November 8, 2018

USA vs Sheena Spears        x  present    x  custody    ___  bond    ___  OR    Age ___

PRESENT:   HON. KAREN K. CALDWELL, CHIEF U.S. DISTRICT JUDGE

| Genia Denisio | Linda Mullen | Roger West for Ron L. Walker, Jr. |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Defendant    Gerald D. DeRossett        x  present    ___ retained    x  appointed

**PROCEEDINGS:    ALLOCUTION AND FINAL REVOCATION HEARING ON SUPERVISED RELEASE**

The parties appeared for final hearing on supervised release violation and allocution hearing as noted. United States Probation Officer Travis O'Bryan also appeared. The defendant previously stipulated to the violations in the Supervised Release Violation Report. The Court heard statements of counsel and the defendant.

The Court **HEREBY ORDERS AS FOLLOWS**:

1. The Court ADOPTS the Report and Recommendation (DE #422) in PART, as shall be reflected in the Revocation Judgment.

2. The Court FINDS that the defendant violated the terms and conditions of her supervised release.

3. The Court REVOKES the defendant's supervised release. A separate Revocation Judgment shall be entered. The Court orally advised the defendant of her appellate rights.

4. The defendant was remanded to custody.


Copies:  COR, USP, USM

Initials of Deputy Clerk    gld
TIC: /4 min Allocution/ 6 min revocation